**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:18-cv-437-DJH**

**NAVIGATORS INSURANCE COMPANY**                           **PLAINTIFF**

**v.**

**UNIVERSITY OF LOUISVILLE**
**FOUNDATION, INC.; JAMES R. RAMSEY**
**KATHLEEN SMITH; BURT DEUTSCH;**
**MICHAEL CURTIN; and JASON**
**TOMLINSON**                                              **DEFENDANTS**

**v.**

**R.H. CLARKSON INSURANCE GROUP**                **THIRD PARTY**
                                                 **DEFENDANTS**

**THIRD PARTY DEFENDANT R.H. CLARKSON'S MOTION TO DISMISS, IN**
**PART, THIRD PARTY PLAINTIFF'S AMENDED THIRD PARTY COMPLAINT**

Third Party Defendant R.H. Clarkson Insurance Group ("R.H. Clarkson")

pursuant to Fed. R. Civ. P. 12(b)(6), by and through counsel, hereby submits its Motion

to Dismiss in part, Defendant/Third Party Plaintiff University of Louisville Foundation,

Inc.'s Amended Third Party Complaint on the grounds that Count I for fraud, fails to

state a claim upon which relief can be granted.

A memorandum of law in support of this motion and a proposed Order

accompany this motion is attached and incorporated by reference.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, Kentucky   40513
Telephone: (859) 243-0228
Facsimile:  (859) 243-0528


By:   */s/ Lisa J. Fauth*                              
LISA J. FAUTH


## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:


Jeremy S. Rogers, Jeremy.rogers@dinslaw.com
Robert L. Steinmetz, rsteinmetz@gsblaw.com
Stephen B. Pence, steve@steve@pencelegal.com
Donald L. Cox, doncox@lynchcox.com
Matthew P. Cox, mcox@lynchcox.com
Robert Sean Deskins, sdeskins@oldfather.com
Ann B. Oldfather, aoldfather@oldfather.com


/s/ Lisa J. Fauth                              
LISA J. FAUTH


2